# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Malley, Kathleen M | 2. Court or Organization<br><br>U.S. District Court, N.D. Ohio | 3. Date of Report<br><br>07/31/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>801 W. Superior Avenue<br>Rm 16A<br>Cleveland, OH 44113-1840 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Judges' Committee, Federal Circuit Bar Association |
| 2. Member | US Judicial Conference Committee on Space & Facilities |
| 3. Member | Sixth Circuit Judicial Conference Space & Facilities Committee |
| 4. Chair | U.S. District Court, Northern District of Ohio, Space & Facilities Committee |
| 5. Member | National Academies, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence |
| 6. Advisory Board Member | University of Maryland School of Law, Intellectual Property Advisory Board |
| 7. Dean's Advisory Committee | Case Law School |
| 8. Master Bencher | Anthony J. Celebrezze Inn of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 AUG -1 A 10: 19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Covington & Burling LLP - Attorney |
| 2. 2007 | Federal Judicial Center - Speaking: Honoraria $400 |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Coporate Patent Counsel | Jan 28-31, 2007 | Bonita Springs, FL | Educational/Panelist | registration; transportation; lodging; meals |
| 2. | Intellectual Property Owner's Association | March 27, 2007 | Washington, DC | Educational/Speaker | transportation |
| 3. | George Mason University Foundation, Inc | July 17, 2007 | Arlington, VA | Educational/Speaker | transportation |
| 4. | American Conference Institute | July 18-20, 2007 | New York, NY | Educational/Speaker | transportation; lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 07/31/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Mr. & Mrs. Roderick McKelvie | Engagement Party | $ 2,500.00 |
| 2. | Mr. & Mrs Kurt Calia, Mr. & Mrs Chris Sipes, Mr. & Mrs. Kevin Collins; Mr. & Mrs. Jeff Elikan | Weekend Getaway - Inn at Perry Cabin | $ 1,225.00 |
| 3. | Mr. & Mrs. Gamiere, Lonardo, McDonald, Huth, Cohen & Powell | Waterford Crystal Wine Goblets | $ 700.00 |
| 4. | Mr. & Mrs. John Flanigan, Mr. & Mrs. Peter Barber, Mr. & Mrs. Brian Mann | Case of Champagne | $ 600.00 |
| 5. | Mr. & Mrs. Nick Vassos | Neiman Marcus Gift Card | $ 375.00 |
| 6. | Mr. Robert Sherman & Ms. Kim Sawyer | Tiffany Knive & Cake Server | $ 350.00 |
| 7. | Mr. & Mr.s Lous Virelli | Cannisters; flatware | $ 350.00 |
| 8. | Ms. Jeannie Voss | Waterford Bowl | $ 350.00 |
| 9. | Mr. & Mrs. Don Green | Waterford Candlesticks | $ 325.00 |
| 10. | Hon. Barbara & Dr. Ted Rothstein | Faberge' Crystal Bowl | $ 305.00 |
| 11. | Hon. & Mrs. John Tunheim | Waterford Vase | $ 305.00 |
| 12. | Hon. Sara Lioi | Champagne Goblets & Champagne | $ 350.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (X) | D | Interest | M | W | | | | | |
| 2. Castle Harlan LLP (X) | D | Distribution | K | U | | | | | |
| 3. Castle Harlan LLP (X) | A | Int./Div. | K | W | | | | | |
| 4. Mid-Atlantic Fund of Funds (X) | A | Int./Div. | J | W | | | | | |
| 5. Dinner Club, LLC (X) | A | Interest | J | W | | | | | |
| 6. Dinner Club, LLC (X) | C | Distribution | K | U | | | | | |
| 7. Mid-Atlantic fund of Funds (X) | F | Distribution | K | U | | | | | |
| 8. Brokerage Acct #1 (X) | | | | | | | | | |
| 9. -Montpelier Re Hldgs (X) | A | Dividend | J | T | | | | | |
| 10. -One Beacon Ins (X) | A | Dividend | J | T | | | | | |
| 11. -White Mtn Ins (X) | A | Dividend | | | Sell | 8/03 | J | B | |
| 12. -Brown & Brown (X) | A | Dividend | J | T | | | | | |
| 13. Citigroup (X) | A | Dividend | | | Sell | 10/12 | J | A | |
| 14. Legg Mason (X) | A | Dividend | J | T | | | | | |
| 15. -MDC Holdings (X) | A | Dividend | J | T | | | | | |
| 16. -Martin Marietta MTLS (X) | A | Dividend | J | T | Part Sale | 7/25 | J | A | |
| 17. -Moodys Corp (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Odyssey Re Hldgs (X) | A | Dividend | K | T | Part Sale | 4/25 | J | A | |
| 19. -Walmart Stores (X) | A | Dividend | | | Sell | 10/12 | J | A | |
| 20. -Wells Fargo (X) | A | Dividend | J | T | | | | | |
| 21. -Mohawk (X) | | None | J | T | | | | | |
| 22. -Reserve Fund (X) | A | Interest | J | T | | | | | |
| 23. Brokerage Acct #2 (X) | | | | | | | | | |
| 24. - White Mountain Ins (X) | | None | | | Sell | 1/09 | J | C | |
| 25. - MDC Holdings (X) | | None | | | Sell | 1/09 | J | A | |
| 26. -Martin Marietta (X) | | None | | | Sell | 1/09 | J | B | |
| 27. -Mohawk Industries (X) | | None | | | Sell | 1/09 | J | A | |
| 28. -Odyssey Re Hldgs (X) | | None | | | Sell | 1/09 | K | D | |
| 29. -UST Strip Int (X) | B | Interest | L | T | Part Sale | 8/15 | J | A | |
| 30. -UST Strip Int (X) | | None | L | T | Part Sale | 5/15 | J | B | |
| 31. -Wells Fargo & Co (X) | | None | | | Sell | 1/09 | J | | |
| 32. -Reserve Fund Int (X) | A | Interest | K | T | | | | | |
| 33. Ferris Baker Watts IRA #1 Cash Fund/MM (X) | B | Interest | L | T | | | | | |
| 34. Ferris Baker Watts (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Brown & Brown (X) | A | Dividend | J | T | Buy | 6/05 | J | | |
| 36.   -Legg Mason (X) | A | Dividend | K | T | Buy | 9/13 | J | | |
| 37.   -MDC Holdings (X) | A | Dividend | J | T | Buy | 8/31 | J | | |
| 38.   -Martin Marietta Mtls (X) | A | Dividend | J | T | | | | | |
| 39.   -Mohawk Industries (X) | A | Dividend | K | T | | | | | |
| 40.   -Montpelier Re Hldgs (X) | A | Dividend | J | T | | | | | |
| 41.   -Moody's Corp (X) | A | Dividend | J | T | Buy | 9/10 | J | | |
| 42.   Odyssey Re Hldgs (X) | A | Dividend | K | T | | | | | |
| 43.   One Beacon Ins (X) | A | Dividend | J | T | Buy | 8/08 | J | | |
| 44.   -Toll Brothers (X) | A | Dividend | J | T | Buy | 1/11 | K | | |
| 45.   -Wells Fargo Co (X) | A | Dividend | K | T | Buy | 10/19 | J | | |
| 46.   -White Mts Ins Grp (X) | A | Distribution | J | T | | | | | |
| 47.   -Yum! Brands Inc (X) | A | Dividend | K | T | | | | | |
| 48.   -Citigroup (X) | A | Dividend | | | Sell | 8/29 | J | | |
| 49.   -US Treas Stripped (X) | B | Interest | | | Redemption | 11/5 | K | | |
| 50.   -Walmart Stores(X) | A | Dividend | | | Sell | 10/17 | K | | |
| 51.   -White Mnts Ins Grp (X) | A | Dividend | | | Sell | 8/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Charles Schwab 401K #1 (X) | | | | | | | | | |
| 53.   -Vanguard Inst Index (X) | C | Dividend | M | T | | | | | |
| 54.   -Rainier Small/Midcap Equity (X) | D | Dividend | L | T | | | | | |
| 55.   -Schwab Mng Ret Trust-2010 (X) | C | Dividend | L | T | | | | | |
| 56.   -Schwab Mng Ret Trust-2020 (X) | | None | K | T | | | | | |
| 57.   -Scwab Mng Ret Trust-2030 (X) | | None | K | T | | | | | |
| 58.   -Vanguard Wellington Adm (X) | D | Dividend | L | T | | | | | |
| 59.   Minnesota Life Ins Policy Variable Adjustable Cash Value (X) | | None | K | T | | | | | |
| 60.   Covington Pension Plan Cash Bal Acct (X) | D | Interest | N | W | | | | | |
| 61.   Covington & Burling Partnership LLP (X) | D | Interest | M | W | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M | 07/31/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VIII

Married 10/2008

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544